63,849-01

To who it Concern

Hi I'm Estanislado Flores #1327180
Clements Unit
9601 Spur 591
Amarillo Texas
79102-9606

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 29 2015
Abel Acosta, Clerk

I'm Trying To get well my family Mom &
Uncle getting a Time Cut But They Tell
Them They Can't do any Thing Till I do half
of my Time They want To get me out
They got me a place for my Self a Job
and Car To do what I got To do But
They Say No from Harris County Houston
Texas, when I was going To Court The
Judge didn't Let me fired my Lawyer Then
gotton Treaten By The Judge By He Told me
in Court That if I didn't Shut up he was
going To put an arrest form on my wife
my Layer did said any Thing during Court But
my Client got the victum wounds I don't
realy know what To do or got money To
pay any Body in here or out there will you
Tell me what I Can do my Mom & Uncle don't
Under Stand Inglish That good So They Can't
do much Thank you for any Advise you
Can give me Your's Turley Estanisla. Flee X.
#1327180

Estanislado Flores    # 1327180

Cause #    1017590-A

SPN       00768067

Date of Birth - 10-3-61

Date of Judgement: September 7th 2005

got Arrested on - 2-21-2005

Commited Crime on - 2-16-2005

Sentence To T.D.C.J. : 38 years

Judge Name: Honorable Mike Anderson

Layer Nome: Melissa S. Harper          ( Houston Texas )